In re:                                                                          Case No. 25-03171-MJC

Fernando Andres Lopez Mazuela                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: ntcnfhrg | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fernando Andres Lopez Mazuela, 99 E Broad St, East Stroudsburg, PA 18301-2232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:21 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756044 | + Email/PDF: AffirmBKNotifications@resurgent.com | Feb 09 2026 19:00:32 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5756045 | + Email/Text: rm-bknotices@bridgecrest.com | Feb 09 2026 18:52:00 | BRIDGECREST CREDIT C, 7300 E HAMPTON AVE, MESA, AZ 85209-3324 |
| 5756403 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:31 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756046 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:20 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5770688 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:31 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5778170 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:21 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756047 | + Email/Text: mrdiscen@discover.com | Feb 09 2026 18:51:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5756048 | + Email/Text: Bankruptcy@ICSystem.com | Feb 09 2026 18:51:00 | I.C. SYSTEM, INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5756049 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 18:52:00 | JEFFERSON CAPITAL SYST, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5770340 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 18:52:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5756050 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:00:22 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5769896 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:00:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5756051 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 19:00:33 | MACYS/CITIBANK NA, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 5756052 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2026 18:52:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 5779739 | + Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| | | Feb 09 2026 18:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5756053 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 09 2026 18:51:00 | NISSAN-INFINITI LT, 8900 FREEPORT PKWY, IRVING, TX 75063 |
| 5756054 | + Email/PDF: ebnotices@pnmac.com | Feb 09 2026 19:00:33 | PENNYMAC LOAN SERVICES, 6101 CONDOR DR STE 200, MOORPARK, CA 93021-2602 |
| 5756055 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 19:00:27 | PORTFOLIO RECOV ASSOC, 120 CORPORATE DRIVE, NORFOLK, VA 23502-4952 |
| 5779590 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 19:00:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5774315 | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2026 18:52:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5756056 | + Email/Text: bankruptcy@bbandt.com | Feb 09 2026 18:51:00 | TRUIST BANK, PO BOX 85052, RICHMOND, VA 23285-5052 |
| 5756057 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 09 2026 18:51:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Shane L Weaver | on behalf of Debtor 1 Fernando Andres Lopez Mazuela bankruptcy@shaneweaverlaw.com LawOfficeOfShaneLWeaver@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Fernando Andres Lopez Mazuela,

**Debtor 1**

Chapter      13

Case No.      5:25−bk−03171−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2026<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2026 |

ntcnfhrg (08/21)