# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                    Chapter 13

Fernando Andres Lopez Mazuela

Case No. 5:25-bk-03171-MJC

---

## **NOTICE**

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

July 16, 2026, is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel. United States Bankruptcy Court US Courthouse, 197 S. Main St. Wilkes-Barre, PA 18701 Date: June 24, 2026, Time: 10:00 AM

| United States Bankruptcy Court<br>US Courthouse, Bankruptcy Courtroom<br>197 S. Main St.<br>Wilkes-Barre, PA 18701 | DATE July 23, 2026<br><br>TIME: 10:00 AM |
| --- | --- |