# United States Bankruptcy Court
## Middle District Of Pennsylvania

In re  **Lopez Mazuela, Fernando Andres**

Debtor(s)

Case No.  **5:25-bk-03171**

Chapter  **13**

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**Amended Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on __06/03/2026__ .

Dated:  __06/03/2026__

**/s/ Shane L Weaver**

Shane L Weaver
Debtor or Debtor's(s') Counsel
Bar Number: 206486
Law Office Of Shane L. Weaver
568 Old York Road
Etters, PA 17319
Phone: (717) 745-8185
Email: bankruptcy@shaneweaverlaw.com

| | | |
|---|---|---|
| **AFFIRM INC**<br>650 CALIFORNIA ST FL 12<br>SAN FRANCISCO, CA 94108 | **BRIDGECREST CREDIT C**<br>7300 E HAMPTON AVE<br>MESA, AZ 85209 | **CAPITAL ONE BANK USA**<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131 |
| **DISCOVER CARD**<br>PO BOX 30939<br>SALT LAKE CITY, UT 84130 | **I.C. SYSTEM, INC**<br>PO BOX 64378<br>SAINT PAUL, MN 55164 | **JEFFERSON CAPITAL SYST**<br>200 14TH AVE E<br>SARTELL, MN 56377 |
| **LVNV FUNDING LLC**<br>PO BOX 1269<br>GREENVILLE, SC 29602 | **MACYS/CITIBANK NA**<br>PO BOX 6789<br>SIOUX FALLS, SD 57117 | **MIDLAND CREDIT MANAGEM**<br>320 E BIG BEAVER RD STE<br>TROY, MI 48083 |
| **NISSAN-INFINITI LT**<br>8900 FREEPORT PKWY<br>IRVING, TX 75063 | **PENNYMAC LOAN SERVICES**<br>6101 CONDOR DR STE 200<br>MOORPARK, CA 93021 | **PORTFOLIO RECOV ASSOC**<br>120 CORPORATE DRIVE<br>NORFOLK, VA 23513 |

**Shane Weaver Law**
568 Old York Rd
Etters, PA 17319

**TRUIST BANK**
PO BOX 85052
RICHMOND, VA 23285

**VERIZON**
PO BOX 650584
DALLAS, TX 75265