**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re**:<br><br>Fernando Andres Lopez Manzuela | Case No. 25-03171-MJC<br>Wilkes-Barre Division<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE OF SECOND AMENDED PLAN, DATE OF CONFIRMATION HEARING, AND OBJECTION DEADLINE

Debtor, Fernando Andres Lopez Manzuela, by and through counsel, certifies as follows:

1. On July 22, 2026, Debtor filed a Second Amended Plan.
2. On that date, Debtor served the Second Amended Plan and Notice of Confirmation Date with Objection Deadline upon all creditors on the Debtor's Matrix and on the Claims Register.
3. Debtor Carvana, LLC, Bridgecrest c/o AIS Portfolio Services, LLC (Bridgecrest) was served on that date as they had been via the bankruptcy filing itself and all other court notices.
4. On August 12, 2026, twelve days after filing of the Second Amended Plan, Bridgecrest filed a Notice of Change of Address **for Payments Only**, not for court notices.
5. At the September 17, 2026, confirmation hearing, the Chapter 13 Trustee raised questions and objections as to service upon Bridgecrest of the Chapter 13 Plan.
6. Pursuant to the Court's order of September 17, 2026, Debtor served another copy of the Second Amended Plan upon Bridgecrest, along with notice of the new confirmation date of October 15, 2026, and that objections should be made 7 days prior to the confirmation date; therefore, October 8, 2026.
7. Bridgecrest was served on September 24, 2026, via first-class mail and electronic mail at the following addresses:

**Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC (per POC)**
4515 North Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

**Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC (per POC)**
P.O. Box 4138
Houston, TX 77210

**Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC (per 8/12/26 Notice)**
P.O. Box 661384
Dallas TX, 75266

**Khushboo Shah (per POC)**
Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC
4515 North Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

**Khushboo Shah (per POC)**
Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC
P.O. Box 4138
Houston, TX 77210

**Rohan Pardeshi (per 8/12/26 notice)**
Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC
P.O. Box 661384
Dallas TX, 75266

**Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC (per debtor's credit report)**
7300 East Hampton Ave.
Mesa, AZ 85209

**Amitkumar Sharma (per 11/6/26 Request for Notice)**
Carvana LLC, Bridgecrest, c/o AIS Portfolio Services, LLC
4515 North Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

ECFnotices@aisinfo.com (**per POC and 8/12/26 notice)**

Respectfully submitted,

**SHANE WEAVER LAW, LLC**

*/s/Isaac Huggins, Esquire*
Isaac Huggins, Esquire
Attorney for Debtor